United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THE BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL.,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**BELLICITTI AND PELLICCIOTTI CONSTRUCTION CO, INC.,**<br><br>**Defendant.** | **Case No.: 11-CV-3971 YGR**<br><br>**JUDGMENT BY DEFAULT** |

The Court having granted the Motion of Plaintiffs for Default Judgment by Order entered this date, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT JUDGMENT BE AND IS ENTERED** in favor of Plaintiffs and against Defendant in the total amount of $57,633.56 as follows:

1. Defendant is ordered to pay $21,222.61 in principal contributions to the Trust Funds;

2. Defendant is ordered to pay $21,793.05 in liquidated damages and interest owed to the Trust Funds;

3. Defendant is ordered to submit to an audit by auditors selected by the Trust Funds at Defendant's premises during business hours, or where records are kept, at a reasonable time or times, and to allow said auditors to examine and copy such books, records, papers, reports of Bellicitti and Pellicciotti Construction Co., Inc., a California Corporation, relating to the time period beginning

January 1, 2010 to the present, that are relevant to the enforcement of the collective bargaining agreement or Trust Agreements;

4. Defendant is ordered to pay all amounts found due and owing as a result of said audit of its books and records pursuant to the Trust Agreements;

5. Defendant is ordered to pay attorneys' fees in the amount of $14,112.50;

6. Defendant is ordered to pay costs in the amount of $505.40;

7. This Court shall retain jurisdiction of this matter **for one year after entry of judgment** to enforce the Order compelling an audit and payment of all amounts found due and owing upon a proper showing by Plaintiffs.

**Date: October 12, 2012**

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California